1  SCOTT N. SCHOOLS, SBN SC 9990
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 LATORA L. DIXON,                    )
                                       )   CIVIL NO. 07-02122 SC
13     Plaintiff,                      )
                                       )
14     v.                              )   STIPULATION AND ORDER FOR
                                       )   EXTENSION
15 MICHAEL J. ASTRUE,                  )
   Acting Commissioner of              )
16 Social Security,                    )
                                       )
17     Defendant.                      )
   _____)
18

19     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

20 approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response

21 to Plaintiff's Motion for Summary Judgment. The extension is necessary due to the heavy case load of

22 the Special Assistant United States Attorney assigned to this case, and an office-wide restructuring of

23 attorney responsibilities.

24     The Commissioner's response to Plaintiff's Motion for Summary Judgment was due on October 2,

25 2007, it will now be due on November 1, 2007.

26 ///

27 ///

28

| | | | |
|---|---|---|---|
| 1 | Dated: October 3, 2007 | | /s/ *Glenn M. Clark* |
| 2 | | | *(As authorized via telephone on October 2, 2007)* |
| | | | GLENN M. CLARK |
| 3 | | | Attorney for Plaintiff |

SCOTT N. SCHOOLS
United States Attorney

Dated: October 3, 2007    By:    /s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary Judgment, up to and including November 1, 2007.

Dated:  10/4/07

IT IS SO ORDERED
*[signature: Samuel Conti]*
Judge Samuel Conti
SAMUEL CONTI
United States District Judge